# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH A DEVICE )
ASSIGNED NO. (972) 513-5088, THAT IS STORED AT )
PREMISES CONTROLLED BY AT&T CORPORATION )

Case No. 1:20MJ161-1

**FILED APR -3 2023**   Clerk, U.S. District Court, Greensboro, NC

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    **Southern**    District of    **Florida**   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    **7/7/2020**    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    The Honorable Joe L. Webster   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    6/23/2020 1:12PM   
   */s/ Joe L. Webster*   
*Judge's signature*

City and state:    Durham, North Carolina   
   Joe L. Webster, United States Magistrate Judge   
*Printed name and title*

## Return

| Case No.: 1:20MJ161-1 | Date and time warrant executed: 6/23/20 2:30 PM | Copy of warrant and inventory left with: n/A |
|---|---|---|

Inventory made in the presence of:
SA Alexander Hirst

Inventory of the property taken and name(s) of any person(s) seized:

AT+T Records Key
Mobility (with cell location)
Payment Information
Subscriber Information
MAC Address Report
Wireline
MB

nothing follows
MB

MB

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07-07-2020

*Executing officer's signature*

Special Agent Marca Brown
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number:

**(972) 513-5088**

[with International Mobile Subscriber Identity/Electronic Serial Number 310410080062381] ("the Account"), that are stored at premises controlled by AT&T Corporation, the company which manages records for its subsidiary, AT&T Wireless ("the Provider"), headquartered at **11760 US HWY 1, Suite 300, NORTH PALM BEACH FL 33408**.

## ATTACHMENT B

## Particular Things to be Seized

### I. Information to be Disclosed by the Provider

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period **February 28, 2019 – May 05, 2019**:

    a. The following information about the customers or subscribers of the Account:

        i. Names (including subscriber names, user names, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii. Local and long distance telephone connection records;

        iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

- v. Length of service (including start date) and types of service utilized;
- vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
- vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
- viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

- i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

3

ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes [evidence, fruits, contraband, and instrumentalities] of violations of **Title 18 U.S.C. § 1591** involving **CARRINGTON** during the period **February 28, 2019- May 05, 2019,** in the form of:

(a) Location of the phone during the requested time to identify the pattern of life;

(b) Location of the phone to determine if the phone is geographically located in proximity to other co-conspirators in the captioned matter, which would verify their involvement in furtherance of the crime of prostitution;

(c) Location of the phone in general relation to the location of hotels known to be used for criminal activity, such as prostitution;

(d) Based on the amount of data associated with a phone, other information collected may include information relevant to the crime of prostitution such as subscriber data to determine the user of the phone.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.